| Information to identify the case: | | |
|---|---|---|
| Debtor | **KTI, LLC** <br> Name | EIN: 46–0913724 |
| United States Bankruptcy Court   Northern District of Illinois | | Date case filed for chapter:   7   7/10/26 |
| Case number:   26–11480 | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | KTI, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 1950 Telegraph Rd. <br> Lake Forest, IL 60045 | |
| **4. Debtor's attorney** <br> Name and address | Adil S Mohammed <br> ASM Law P.C. <br> 2000 Larkin Ave. <br> Ste 302 <br> Elgin, IL 60123 | Contact phone 847–231–3999 <br><br> Email: adil@asmlawpc.com |
| **5. Bankruptcy trustee** <br> Name and address | Landon Raiford <br> Taft Stettinius & Hollister <br> 111 E. Wacker Dr <br> Ste 2600 <br> Chicago, IL 60601 | Contact phone 312–836–5878 <br><br> Email: lraifordtrustee@gmail.com |
| **6. Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: <br> 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br><br> Contact phone 1–866–222–8029 <br><br> Date: 7/13/26 |
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 13, 2026 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 699 848 3190, and Passcode 4978016630, OR call 312–473–0275** <br> For additional meeting information, go to www.justice.gov/ust/moc . |
| **8. Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                          Case No. 26-11480-MBS

KTI, LLC                                                                                    Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 13, 2026 | Form ID: 309C | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | KTI, LLC, 1950 Telegraph Rd., Lake Forest, IL 60045-3742 |
| 32149976 | + | McCalla Raymer Pierce & Associates, 1 N. Dearborn St., Suite 1300, Chicago, IL 60602-4321 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: adil@asmlawpc.com | Jul 14 2026 00:03:00 | Adil S Mohammed, ASM Law P.C., 2000 Larkin Ave., Ste 302, Elgin, IL 60123 |
| tr | + | EDI: FLRAIFORD | Jul 14 2026 03:40:00 | Landon Raiford, Taft Stettinius & Hollister, 111 E. Wacker Dr, Ste 2600, Chicago, IL 60601-4208 |
| tr | + | Email/Text: lraifordtrustee@gmail.com | Jul 14 2026 00:04:00 | Landon Raiford, Taft Stettinius & Hollister, 111 E. Wacker Dr, Ste 2600, Chicago, IL 60601-4208 |
| 32149977 | + | Email/Text: CSCBNC@cscglobal.com | Jul 14 2026 00:04:00 | PMIT REI 2021-A LLC, c/o Corporation Service Company, 251 Little Falls Dr., Wilmington, DE 19808-1674 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026                              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

**Name                                    Email Address**

District/off: 0752-1            User: admin            Page 2 of 2

Date Rcvd: Jul 13, 2026            Form ID: 309C            Total Noticed: 5

Adam G. Brief

           Ustpregion11.es.ecf@usdoj.gov

Adil S Mohammed

           on behalf of Debtor 1 KTI  LLC adil@asmlawpc.com, office@asmlawpc.com;mohammedar83396@notify.bestcase.com

Landon Raiford

           lraifordtrustee@gmail.com
           bmount@taftlaw.com;CHI_Docket_Assist@taftlaw.com;LR@trustesolutions.net;lraiford@taftlaw.com


TOTAL: 3